DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR SALAS-AVENDANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00282 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ; |
| v. | ) | ORDER |
| HECTOR SALAS-AVENDANO, | ) | Date:  April 5, 2010 |
| Defendant. | ) | Time:  9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 22, 2010, **may be continued to April 5, 2010, at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and for the parties to conduct further plea negotiation prior to the hearing.  Assistant United States Attorney Susan Phan does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 16, 2010

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 16, 2010

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
HECTOR SALAS-AVENDANO

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 17, 2010**             /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE